United States District Court
Southern District of Texas
**ENTERED**
July 28, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**VICTORIA DIVISION**

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| | § | |
| *versus* | § | Criminal No. 6:26−cr−00047 |
| | § | |
| | § | |
| Corbett Dewey King, III | § | |

## ORDER APPOINTING CJA COUNSEL

The above Defendant has testified under oath or has otherwise satisfied this Court that he or she is financially unable to employ counsel, and does not wish to waive counsel. Because the interests of justice so require, Rene C Flores is appointed, pursuant to the provisions of the Criminal Justice Act, to represent said Defendant in this case. An appointment by a Magistrate Judge shall remain in effect if the case proceeds to District Court.

Initial Appearance is scheduled for 7/29/2026 at 9:45 AM.

Counsel shall review the CJA Plan for the Southern District of Texas, available on the Court's website. Further, it is ORDERED that appointed counsel may not require, request, or accept any payment, promise of payment, or any other valuable consideration for representation under the CJA, or any other matter, unless the payment is approved by order of the Court. Unless you receive permission from the Court, you are prohibited from being retained by a CJA client in any and all legal matters.

Counsel will be notified electronically via CM/ECF.

**Please note: Attorneys are required to arrive 30 minutes prior to court setting to properly prepare your client.**

ORDERED the 28th of July 2026.

Julie K Hampton
United States Magistrate Judge