**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**VICTORIA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **Case No. 6:26-CR-00047-4** |
| | § | |
| **CORBETT DEWEY KING III** | § | |

# UNOPPOSED MOTION FOR CONTINUANCE OF FINAL PRETRIAL CONFERENCE HEARING

**CORBETT DEWEY KING III,** defendant in the above-entitled case, through his court-appointed attorney, Rene C. Flores, moves for a continuance of the Final Pre-Trial Conference hearing, currently set for August 18th, 2026 at 1:30 p.m., and would show the following:

**I.**

**CORBETT DEWEY KING III** was indicted on July 16, 2026 for conspiracy to distribute controlled substance. At defendant's detention hearing, on August 3, 2026, defendant waived his right to a detention hearing without prejudice. The defendant waived his arraignment on August 3, 2026. Defendant's Final Pretrial Conference is set for August 18th, 2026, and a jury trial in this matter is set for August 24, 2026. An unopposed motion for continuance of the final pre-trial conference is sought because it will be less than 30 days between the date of defendant's arraignment and the date of trial, and the defense needs more time to review discovery and to determine whether to proceed with a trial or plead guilty.

Rene C. Flores has discussed this motion with Assistant United States Attorney Patricia Booth, who is unopposed to this motion.

WHEREFORE, the defendant, **CORBETT DEWEY KING III**, respectfully requests that this Honorable Court continue the Final Pre-Trial Conference.

Respectfully submitted,

By s/ René C. Flores
LAW OFFICE OF RENÉ C. FLORES
Texas State Bar No. 00784063
Southern District of Texas No. 17500
Bayview Tower
400 Mann Street, Ste. 604
Corpus Christi, Texas 78401
Telephone: (361) 888-5671
Fax: (361) 884-8078
E-mail: renecflores@yahoo.com

**CERTIFICATE OF SERVICE**

I, Rene C. Flores, do hereby certify that on this the 13th day of August 2026, a copy of the foregoing motion was delivered to Patricia Booth, Assistant United States, via *ECF*.

By: s/ René C. Flores
Rene C. Flores

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**VICTORIA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **Case No. 6:26-CR-00047-4** |
| | § | |
| **CORBETT DEWEY KING III** | § | |

**CERTIFICATE OF CONSULTATION WITH ASSISTANT UNITED STATES ATTORNEY**

I, the undersigned attorney for defendant, **CORBETT DEWEY KING III**, hereby certify that defense counsel has consulted with Patricia Booth, Assistant United States Attorney who is unopposed to this motion.

Respectfully submitted,

By s/ René C. Flores
LAW OFFICE OF RENÉ C. FLORES
Texas State Bar No. 00784063
Southern District of Texas No. 17500
Bayview Tower
400 Mann Street, Ste. 604
Corpus Christi, Texas 78401
Telephone: (361) 888-5671
Fax: (361) 884-8078
E-mail: renecflores@yahoo.com