**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**VICTORIA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **Case No. 6:26-CR-00047-4** |
| | § | |
| **CORBETT DEWEY KING III** | § | |

**ORDER**

On this day the defendant's unopposed motion for continuance of the Final Pretrial Conference hearing came to be considered. After considering the motion, it is hereby determined that, in the interest of justice, this motion be GRANTED.

It is hereby ordered that this case be reset for Final Pretrial Conference hearing on the

_____________ day of ________________, 2026, at _________.

SIGNED and ORDERED this ________ day of ___________, 2026.

___________________________________

JUDGE PRESIDING